```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ESTELLE KEVETT CARROLL,

                     Plaintiff,

          -v-                               1:25-cv-4979-GHW

EQUIFAX INFORMATION SERVICES LLC,        ORDER

                    Defendant.

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A conference to discuss Defendant's proposed motion to dismiss Plaintiff's first amended complaint was scheduled to occur in this matter on October 28, 2025 at 2:00 p.m. Dkt. No. 18. On October 28, 2025, the Court, the Court's staff, and Defendant's counsel appeared at the October 28, 2025 conference. Plaintiff did not appear at the October 28, 2025 conference.

      The Court will hold additional status conferences with respect to this matter in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The first will be held on **November 6, 2025 at 1:00 p.m.**, and the second will be held on **November 13, 2025 at 2:00 p.m.**

      **Plaintiff is ordered to personally attend both the November 6, 2025 conference and the November 13, 2025 conference**. "'[A]ll litigants . . . have an obligation to comply with court orders,' and failure to comply may result in sanctions." *Agiwal v. Mid Island Mortg. Corp.*, 555 F.3d 298, 302 (2d Cir. 2009) (quoting *Minotti v. Lensink*, 895 F.2d 100, 103 (2d Cir. 1990)). If Plaintiff does not attend both conferences, the Court will dismiss her claims against Defendant for failure to prosecute. *See Lawrence v. Curry Shack, Corp.*, No. 17-CV-10250 (JGK), 2019 WL 1493577, at *1

(S.D.N.Y. Apr. 3, 2019) ("Rule 41(b) authorizes a district court to 'dismiss a complaint for failure to comply with a court order, treating the noncompliance as a failure to prosecute.'" (quoting *Simmons v. Abruzzo*, 49 F.3d 83, 87 (2d Cir. 1995))).

    SO ORDERED.

Dated: October 30, 2025
       New York, New York

                                                GREGORY H. WOODS
                                                United States District Judge